UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REUBEN DARRYL COVEY,<br><br>    Defendant. | No. CR-09-002-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court based upon the defendant's motion for early termination of supervised release; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's motion for early termination of supervised release **(Ct. Rec. 4) is denied.**

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___26th___ day of October, 2010.

                    s/ Fred Van Sickle
                    Fred Van Sickle
            Senior United States District Judge

ORDER - 1